# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00268-MR-DLH

| | |
|---|---|
| SKI THE RIDGES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| T.H.E. INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court *sua sponte*.

On March 4, 2016, the Court entered a Pretrial Order and Case Management Plan, ordering mediation to occur in this case on or before November 15, 2016. [Doc. 19]. To date, no report has been filed regarding the parties' mediation.[1]

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within seven (7) days of the entry of this Order advising the Court of the result of the parties' mediation.

---

[1] On December 9, 2016, the parties filed a Limited Stipulation of Dismissal with Prejudice of two of the Plaintiff's claims. [Doc. 25]. The parties' filing, however, does not indicate whether this voluntary dismissal was the result of any mediated settlement conference between the parties.

**IT IS SO ORDERED.**

Signed: December 15, 2016

Martin Reidinger
United States District Judge