# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00268-MR-DLH

| | |
|---|---|
| **SKI THE RIDGES, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **T.H.E. INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**THIS MATTER** is before the Court on the Plaintiff's Response to Court's Order Seeking Status [Doc. 27].

In its Response, the Plaintiff advises that the parties have scheduled a mediation to occur on January 19, 2017, and requests that the mediation deadline be amended so that the parties may complete this mediation. For the reasons stated in the Plaintiff's Response, the request for an extension of the mediation deadline will be allowed.

**IT IS, THEREFORE, ORDERED** that the Pretrial Order/Case Management Plan is **AMENDED**, and the deadline for the completion of mediation in this case is hereby **EXTENDED** to January 20, 2017.

**IT IS SO ORDERED.**

Signed: December 21, 2016

Martin Reidinger
United States District Judge